**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-22205-CIV-MARTINEZ**

LEONARDO MIRANDA AGUIAR,

Petitioner,

v.

KROME NORTH SERVICE
PROCESSING CENTER,
*Warden*, *et al.*,

Respondents.
_______________________________/

**ORDER TRANSFERRING CASE TO SOUTHERN DISTRICT OF TEXAS**

**THIS CAUSE** is before the Court on Petitioner Leonardo Miranda Aguiar's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1]. Although the Petition asserts that Petitioner is detained by U.S. Immigration and Customs Enforcement (ICE) at Krome North Service Processing Center in Miami, Florida, (*see* Pet. 1), Petitioner is actually being held at the Montgomery ICE Processing Center in Conroe, Texas. *See* U.S. Immigr. & Customs Enf't, *Online Detainee Locator Sys.*, https://locator.ice.gov/odls/#/results (last visited July 2, 2026) (showing that a detainee matching Petitioner's name and A number is currently detained at Montgomery ICE Processing Center). Conroe is in Montgomery County, Texas, which is in the Southern District of Texas. *See* 28 U.S.C. § 124(b)(2) (providing that the Houston Division of the Southern District of Texas comprises Montgomery County).

Under § 2241, "[d]istrict courts are limited to granting habeas relief 'within their respective jurisdictions.'" *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) (quoting 28 U.S.C. § 2241(a)); *see also Trump v. J. G. G.*, 604 U.S. 670, 672 (2025); *Garcia v. Warden*, 470 F. App'x 735, 736 (11th Cir. 2012) (noting that "jurisdiction for § 2241 petitions lies only in the district of confinement").

If a petitioner files his case in the wrong district, the Court can *sua sponte* transfer the case "to any district or division in which it could have been brought." 28 U.S.C. § 1406(a); *see also Lipofsky v. N.Y. State Workers Comp. Bd.*, 861 F.2d 1257, 1258 (11th Cir. 1988) ("[A] district court may raise on its own motion an issue of defective venue or lack of personal jurisdiction[.]").

Because Petitioner is confined at Montgomery ICE Processing Center in Montgomery County, jurisdiction lies only in the Southern District of Texas. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This case is **TRANSFERRED** to the Southern District of Texas, Houston Division. *See* 28 U.S.C. § 124(b)(2) (providing that the "Houston Division comprises" Montgomery County).
2. The Clerk is directed to mail a copy of this Order to Petitioner.
3. This case is **CLOSED** in this District.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6 day of July, 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

**cc:**

Counsel of record

**Leonardo Miranda Aguiar**
A# 202-187-211
Montgomery ICE Processing Center
Inmate Mail/Parcels
806 Hilbig Rd.
Conroe, TX 77301
*PRO SE*